UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DEMETRIUS LAMAR BROCK,

    Petitioner,

v.

RENEE BAKER, *et al.*,

    Respondents.

Case No. 3:20-cv-00220-LRH-WGC

**ORDER**

In this habeas corpus action, the respondents were due to respond to the habeas petition by July 15, 2020. *See* Order entered April 16, 2020 (ECF No. 3).

On July 14, 2020, Respondents filed a motion for extension of time (ECF No. 5), requesting a 47-day extension of time, to August 31, 2020, to file their response. Respondents' counsel states that the extension of time is necessary because of delays caused by the COVID-19 pandemic, personal medical issues, and obligations in other cases. The petitioner does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for an extension of time. The Court will extend the deadline for Respondents' response to the petition by 65 days, to September 18, 2020. The Court does so with the intention of forestalling any motion to further extend this deadline.

**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (ECF No. 5) is **GRANTED**. Respondents will have until and including **September 18, 2020**, to file their response to the petition for writ of habeas corpus.

///

///

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered April 16, 2020 (ECF No. 3) will remain in effect.

DATED this 15th day of July, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE