UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DEMETRIUS LAMAR BROCK,

    Petitioner,

v.

RENEE BAKER, *et al.*,

    Respondents.

Case No. 3:20-cv-00220-LRH-WGC

**ORDER**

In this habeas corpus action, after a 65-day extension of time and a 60-day extension of time, the respondents were due to respond to the habeas petition by November 17, 2020. *See* Order entered April 16, 2020 (ECF No. 3); Order entered July 15, 2020 (ECF No. 6); Order entered September 22, 2020 (ECF No. 8).

On November 17, 2020, Respondents filed a motion for extension of time (ECF No. 9), requesting a further extension of time, of 30 days, to December 17, 2020, to file their response. Respondents' counsel states that the extension of time is necessary because of delays caused by the COVID-19 pandemic, and personal reasons.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for an extension of time.

**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (ECF No. 9) is **GRANTED**. Respondents will have until and including **December 17, 2020**, to file their response to the petition for writ of habeas corpus.

///

///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered April 16, 2020 (ECF No. 3) will remain in effect.

DATED this 19th day of November, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE