UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DEMETRIUS LAMAR BROCK,

    Petitioner,

v.

RENEE BAKER, *et al.*,

    Respondents.

Case No. 3:20-cv-00220-LRH-WGC

**ORDER**

In this habeas corpus action, after extensions of 65 days, 60 days, 30 days, 33 days, and 14 days, the respondents were due to respond to the habeas petition by February 2, 2021. *See* Order entered April 16, 2020 (ECF No. 3); Order entered July 15, 2020 (ECF No. 6); Order entered September 22, 2020 (ECF No. 8); Order entered November 19, 2020 (ECF No. 10); Order entered December 18, 2020 (ECF No. 12); Order entered January 21, 2021 (ECF No. 14).

On February 2, 2021, Respondents filed a motion for extension of time (ECF No. 15), requesting a further extension of time, of 14 days, to February 16, 2021, to file their response. Respondents' counsel states that the extension of time is necessary because of delays caused by the COVID-19 pandemic, and personal reasons.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for an extension of time. The Court will extend the time for the response to March 12, 2021, *but will not grant any further extension of this deadline absent extraordinary circumstances.*

///

///

     **IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (ECF No. 15) is **GRANTED**. Respondents will have until and including **March 12, 2021**, to file their response to the petition for writ of habeas corpus.

     **IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered April 16, 2020 (ECF No. 3) will remain in effect.

     DATED this 3rd day of February, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE