UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DEMETRIUS LAMAR BROCK,

    Petitioner,

v.

RENEE BAKER, *et al.*,

    Respondents.

Case No. 3:20-cv-00220-LRH-WGC

**ORDER**

In this habeas corpus action, the respondents filed an answer on March 12, 2021 (ECF No. 17). After an initial 45-day period and then a 30-day extension of time, the petitioner, Demetrius Lamar Brock, represented by counsel, was due to file a reply by May 26, 2021. *See* Order entered April 16, 2020 (ECF No. 3) (45 days for reply); Order entered April 28, 2021 (ECF No. 26) (30-day extension).

On May 26, 2021, Petitioner filed a motion for extension of time (ECF No. 27), requesting a further 21-day extension of time, to June 16, 2021, to file his reply. Petitioner's counsel states that the extension of time is necessary because of the complexity of the case. Respondents do not oppose the motion for extension of time.

The Court finds that Petitioner's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 27) is **GRANTED**. Petitioner will have until and including **June 16, 2021**, to file his reply to Respondents' answer.

///

///

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered April 16, 2020 (ECF No. 3) will remain in effect.

DATED this 26th day of May, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE