UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DEMETRIUS LAMAR BROCK,

    Petitioner,

v.

RENEE BAKER, *et al.*,

    Respondents.

Case No. 3:20-cv-00220-LRH-WGC

**ORDER**

    In this habeas corpus action, the respondents filed an answer on March 12, 2021 (ECF No. 17), and the petitioner, Demetrius Lamar Brock, represented by counsel, filed a reply on June 16, 2021 (ECF No. 29). The respondents were then due to file a response to Brock's reply by July 16, 2021. *See* Order entered April 16, 2020 (ECF No. 3) (30 days for response to reply).

    On July 16, 2021, Respondents filed a motion for extension of time (ECF No. 30), requesting a 7-day extension of time, to July 23, 2021, to file their response to Brock's reply. Respondents' counsel states that the extension of time is necessary because of medical/personal issues.

    The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

    **IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 30) is **GRANTED**. Respondents will have until and including **July 23, 2021**, to file their response to Petitioner's reply.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered April 16, 2020 (ECF No. 3) will remain in effect.

DATED this 19th day of July, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE