UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEMETRIUS LAMAR BROCK,<br><br>　　Petitioner,<br><br>　　v.<br><br>RENEE BAKER, *et al.*,<br><br>　　Respondents. | Case No. 3:20-cv-00220-LRH-WGC<br><br>**ORDER** |

　　In this habeas corpus action, the respondents filed an answer on March 12, 2021 (ECF No. 17), and the petitioner, Demetrius Lamar Brock, represented by counsel, filed a reply on June 16, 2021 (ECF No. 29). Then, after an initial period of 30 days, and a 7-day extension of time, the respondents were due to file a response to Brock's reply by July 23, 2021. *See* Order entered April 16, 2020 (ECF No. 3) (30 days for response to reply); Order entered July 19, 2021 (ECF No. 31) (7-day extension).

　　On July 23, 2021, Respondents filed a motion for extension of time (ECF No. 32), requesting a further 7-day extension of time, to July 30, 2021, to file their response to Brock's reply. Respondents' counsel states that the extension of time is necessary because of medical/personal issues.

　　The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

　　**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 32) is **GRANTED**. Respondents will have until and including **July 30, 2021**, to file their response to Petitioner's reply.

///

///

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered April 16, 2020 (ECF No. 3) will remain in effect.

DATED THIS 26th day of July, 2021.

_____
LARRY R. HICKS,
UNITED STATES DISTRICT JUDGE